# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157335-7(130)
157340-2

MELISSA MAYS, MICHAEL ADAM MAYS,
JACQUELINE PEMBERTON, KEITH JOHN
PEMBERTON, ELNORA CARTHAN,
RHONDA KELSO, and ALL OTHERS
SIMILARLY SITUATED,
   Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN, STATE OF
MICHIGAN, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Defendants-Appellants,
and

DARNELL EARLEY and JERRY AMBROSE,
   Defendants-Appellees,
and

CITY OF FLINT,
   Not Participating.
_____/

SC: 157335-7
COA: 335555, 335725, 335726
Ct of Claims: 16-000017-MM

MELISSA MAYS, MICHAEL ADAM MAYS,
JACQUELINE PEMBERTON, KEITH JOHN
PEMBERTON, ELNORA CARTHAN,
RHONDA KELSO, and ALL OTHERS
SIMILARLY SITUATED,
   Plaintiffs-Appellees,

v

SC: 157340-2
COA: 335555, 335725, 335726
Ct of Claims: 16-000017-MM

GOVERNOR OF MICHIGAN, STATE OF
MICHIGAN, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
         Defendants-Appellees,
and

DARNELL EARLEY and JERRY AMBROSE,
         Defendants-Appellants,
and

CITY OF FLINT,
         Not Participating.
_____/

      On order of the Chief Justice, the motions of plaintiffs-appellees to extend the time for filing their brief and to allow a brief that is no more than 65 pages are GRANTED. The brief will be accepted for filing if submitted on or before October 16, 2019.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    September 3, 2019

                              Clerk